IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOHN WESLEY RUMBELOW,                                         CV. 10-1136-ST

        Plaintiff,                                ORDER TO DISMISS

  v.

SHERIFF JOHN TRUMBO, et al.,

        Defendants.

BROWN, District Judge.

     On September 21, 2010, this court issued a Notice of Case Assignment to plaintiff. On October 4, 2010, the Notice was returned to the court for lack of a current address.

     Pursuant to Local Rule 83-10(a) and (b), every unrepresented party has a continuing responsibility to notify the clerk's office and all parties whenever they change their mailing address. When mail from the court to a party cannot be delivered due to the lack

1 - ORDER TO DISMISS

of a current address, and the failure continues for sixty (60) days, the court may dismiss the action. Local Rule 83-12. Because plaintiff has been without a current address for more than 60 days, this action is dismissed for lack of prosecution.

    IT IS SO ORDERED.

    DATED this __8th__ day of December, 2010.

                       /s/ Anna J. Brown
                       Anna J. Brown
                       United States District Judge

2 - ORDER TO DISMISS